**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1724**

─────────────

MELVIN L. ALLEN, SR.,

        Plaintiff - Appellant,

    v.

ERIC OLSEN,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Patricia Tolliver Giles, District Judge. (1:23-cv-01010-PTG-IDD)

─────────────

Submitted: October 29, 2024                      Decided: January 14, 2025

─────────────

Before WILKINSON and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Melvin L. Allen, Sr., Appellant Pro Se. Alexander Francuzenko, Philip Corliss Krone, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin L. Allen, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Allen v. Olsen*, No. 1:23-cv-01010-PTG-IDD (E.D. Va. May 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*